AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RECEIVED
MAR 18 2013
BY: nR

| | | |
|---|---|---|
| DARREN SCHRADER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-194-DRH/PMF |
| CORNERSTONE RESOLUTION GROUP, INC. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cornerstone Resolution Group, Inc.
c/o Spiegel & Utrera P.A. P.C.
1 Maiden Lane 5th Floor
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/27/13

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cornerstone Resolution Group Inc.
was received by me on *(date)* 3/8/13 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kenya Leborett , who is
designated by law to accept service of process on behalf of *(name of organization)* Cornerstone Resolution Group Inc. on *(date)* 3/12/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3/13/13

Server's signature

Howard Collado  Process Server
Printed name and title

401 Broadway
Suite 1201
New York, NY 10013

Server's address

Additional information regarding attempted service, etc: