IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARREN SCHRADER,

    Plaintiff,

vs.                               No.   13-0194-DRH

CORNERSTONE RESOLUTION
GROUP INC.,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is plaintiff's notice of voluntary dismissal with prejudice pursuant to settlement (Doc. 9). The Court **ACKNOWLEDGES** the notice and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 21st day of June, 2013.

David R. Herndon
2013.06.21
09:30:03 -05'00'

**Chief Judge**
**United States District Court**