UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DARREN SCHRADER,

    Plaintiff,

v.

CORNERSTONE RESOLUTION GROUP, INC.,

    Defendant.                                                  No. 13-cv-194-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the Notice of Voluntary Dismissal filed on June 20, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on June 21, 2013, this case is **DISMISSED** with prejudice.

                            NANCY J. ROSENSTENGEL,
                            CLERK OF COURT

                            BY:     /s/*Sara Jennings*
                                      **Deputy Clerk**

**Dated:** June 21, 2013

David R. Herndon
2013.06.21
09:33:31 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT